George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Anthony Jones*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Anthony Jones,<br><br>              Plaintiff,<br>    v.<br><br>Equifax Information Services LLC and<br>Clarity Services, Inc.,<br><br>              Defendants. | Case No.: 2:25-cv-02348-JCM-NJK<br><br>**Unopposed Motion for Extension of Time to File Dismissal Documents** |

The dispute between Anthony Jones ("Plaintiff") and Equifax Information Services LLC ("Defendant") (together as the "Parties") has been resolved.

On February 7, 2026, Plaintiff filed a Notice of Settlement and requested 60 days to file dismissal documents. ECF No. 16.

Accordingly, Plaintiff, by and through counsel, hereby submits this Unopposed Motion for Extension of Time to File Dismissal Documents.

The parties have reached settlement terms, and the settlement agreement is awaiting final approval and signatures. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendant with Prejudice.

_____

STIPULATION                          - 1 -

Plaintiff requests, and Defendant does not oppose the request, that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court allow the parties an additional 30 days, until on or before **May 8, 2026**, to file dismissal documents.

Dated: April 8, 2026.

Respectfully submitted,

**FREEDOM LAW FIRM**

 /s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsels for Anthony Jones*

**The Court is not inclined to extend this deadline further.**

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:_April 9, 2026_____

_____

STIPULATION                - 2 -